(101 So. 909)

**Ex parte Johnnie LEE et al. (4 Div. 183.)**

(Supreme Court of Alabama. Nov. 20, 1924.)

Certiorari to Court of Appeals.

Powell, Albritton & Albritton, of Andalusia, for petitioners.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Johnnie Lee and Jule Kelly for certiorari to the Court of Ap-

peals to review and revise the judgment and decision of that court in the case of Lee et al. v. State, 20 Ala. App. 334, 101 So. 907.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.